Opinion filed October 28,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00225-CV

                                                    __________

 

                                   ROY
E. KIMSEY, JR., Appellant

 

                                                             V.

 

           LAW OFFICES OF
BILL ALEXANDER, P.C. et al, Appellees



 

                                  On
Appeal from the 142nd District Court

 

                                                          Midland
County, Texas

 

                                                 Trial
Court Cause No. CV-46,031

 



 

                                            M
E M O R A N D U M   O P I N I O N

           Roy
E. Kimsey, Jr. has filed in this court a motion to dismiss his appeal.  The
motion is granted, and the appeal is dismissed.

 

                                                                                    PER
CURIAM

October 28, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.